*In re* REGLA 4 DEL REGLAMENTO DEL PROGRAMA DE EDUCACIÓN JURÍDICA CONTINUA, SEGÚN ENMENDADO MEDIANTE RESOLUCIÓN DE 15 DE JUNIO DE 2015.

*Número:* ER-2015-7     *Resuelto:* 10 de diciembre de 2015

## RESOLUCIÓN

La Jueza Presidenta del Tribunal de Distrito Federal para el Distrito de Puerto Rico, Hon. Aida M. Delgado Colón, solicitó que se eximiera a los miembros del Comité de Reválida Federal y del Comité de Admisiones a la Práctica del Tribunal Federal de los requisitos del Reglamento de Educación Jurídica Continua y del Reglamento del Programa de Educación Jurídica Continua. Asimismo, la Directora Ejecutiva de la Comisión de Evaluación Judicial, la Lcda. Sonnya I. Ramos Zeno, presentó un escrito mediante el cual solicitó que se exima de los requisitos de los Reglamentos del Programa de Educación Jurídica Continua a los miembros de la Comisión de Evaluación Judicial. En su solicitud, explicó que los miembros de la Comisión de Evaluación Judicial, Lcdo. Guillermo Arbona Lago, Lcdo. Carlos Rivera Martínez, Lcdo. Tomás Román Santos, así como las comisionadas Lcda. Hadassa Santini Colberg, Lcda. Carmen Girod Solivan, Lcda. Beatriz Vázquez de Acarón y la Dra. Glenda Labadie Jackson, renunciaron voluntariamente a la dieta a la que tenían derecho por ley.

Conforme a lo dispuesto en la Regla 4(c)(8)(f)del Reglamento del Programa de Educación Jurídica Continua, según enmendado, 4 LPRA Ap. XVII-E, *se excluye de las disposiciones del Reglamento de Educación Jurídica Continua y del Reglamento del Programa de Educación Jurídica Continua a los miembros de la Comisión de Evaluación Judicial durante el término de su designación. Los miembros del Comité de Reválida Federal y del Comité de Admisiones a la Práctica del Tribunal Federal continuarán exentos según nuestra Resolución de 9 de noviembre de 2009, In*

*re Regla 36 del Reglamento del Programa de Educación Jurídica Continua, ER-2009-04.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. La Juez Asociada Señora Rodríguez Rodríguez no intervino.

> (*Fdo.*) Aida Ileana Oquendo Graulau
> *Secretaria del Tribunal Supremo*